MICHAEL C. BAUM (SBN 65158)
E-Mail: mbaum@rpblaw.com
ANDREW V. JABLON (SBN 199083)
E-Mail: ajablon@rpblaw.com
RESCH POLSTER & BERGER LLP
9200 Sunset Boulevard, Ninth Floor
Los Angeles, California 90069-3604
Telephone: 310-277-8300
Facsimile: 310-552-3209

JS-6

Attorneys for Plaintiff
Guarisco Industria Tessile, S.p.A.,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARISCO INDUSTRIA TESSILE, S.p.A., | Case No. SACV 07- 1016-AG(MLGx) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| THE WET SEAL, INC., a California Corporation; SKYLIMIT APPAREL, INC., a California Corporation dba ICE VANILLA; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and the stipulation of the parties, the above referenced action shall be dismissed in its entirety, *with prejudice*, with all parties to bear their own fees and costs.

DATED: June 20. 2008

_____
Honorable Andrew J. Guilford
United States District Court Judge

1